No. 22-15908

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

LAURA PARKER PENNINGTON, ET AL.,
*Plaintiffs-Appellees*,

v.

TETRA TECH, INC.; TETRA TECH EC, INC.; ANDREW BOLT,
*Defendants-Appellants*,

And

LENNAR CORPORATION; HPS1 BLOCK 50 LLC; HPS1 BLOCK 51 LLC; HPS1 BLOCK 52 LLC; HPS1 BLOCK 53 LLC; HPS1 BLOCK 54 LLC; HPS1 BLOCK 56/57 LLC; FIVE POINT HOLDINGS, LLC; HPS DEVELOPMENT CO., L.P.; EMILE HADDAD,
*Defendants-Appellees*,

and

WILLIAM DOUGHERTY,
*Defendant*.

On Appeal from the United States District Court for the Northern District of California, No. 3:18-cv-05330 (Donato, J.)

**APPELLANTS' UNOPPOSED MOTION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants Tetra Tech, Inc., Tetra Tech EC, Inc., and Andrew Bolt move to dismiss their appeal. Plaintiffs-appellees and defendants-appellees consent to this motion. The parties will each bear their own costs and fees.

- 2 -

October 21, 2022                                Respectfully submitted,

/s/ Davina Pujari
DAVINA PUJARI
CHRISTOPHER A. RHEINHEIMER
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1 Front Street, Suite 3500
San Francisco, California 94111
(628) 235-1002
davina.pujari@wilmerhale.com
chris.rheinheimer@wilmerhale.com

CHRISTOPHER T. CASAMASSIMA
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
(213) 443-5300
chris.casamassima@wilmerhale.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that—according to the word-count feature of the word-processing program with which it was prepared (Microsoft Word)—the motion contains 47 words, excluding the portions exempted by Rule 32(f).

/s/ Davina Pujari
DAVINA PUJARI

## CERTIFICATE OF SERVICE

On October 21, 2022, I electronically filed the foregoing using the Court's appellate CM/ECF system. Counsel for all parties to the case who are registered CM/ECF users will be served by that system.

/s/ Davina Pujari
DAVINA PUJARI